UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 14 P 12: 35

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| JOHN K. DWIGHT, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 303 CV-~~01177~~ (WWE) |
| ) | 117 |
| JP MORGAN CHASE BANK, ) | |
| TRUSTEE, et al., ) | |
| ) | |
| Defendants. ) | NOVEMBER 13, 2003 |

**DEFENDANT JP MORGAN CHASE BANK, TRUSTEE'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

This defendant, **JP MORGAN CHASE BANK, TRUSTEE** ("Chase"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and in accordance with D. Conn. L. Civ. Rule 56(a)(1), hereby move this Court for a summary judgment on Counts I (breach of fiduciary duty), III (negligence/recklessness) and IV (conversion) of and July 14, 2003 Amended Complaint filed by the plaintiffs, **JOHN K. DWIGHT, MARGO D. FORBES, PATRICIA D. HALLENBECK** and **ELIZABETH D. RICHARDSON** (collectively, the "Plaintiffs"), as there are no genuine issue as to any material fact and Chase is entitled to judgment as a matter of law. The Plaintiffs' claims involve the legal interpretation of a trust instrument and the question of whether Chase, as the Trustee of that trust, abused its discretion in exercising its discretionary powers thereunder. Both of these issues can and should be resolved in Chase's favor as a matter of law.

Chase submits and/or relies on the following proof in support of this motion:

1. Local Rule 56(a)(1) Statement;

1

2.  Affidavit of Pamela J. Detoro, sworn to on October 15, 2003;

3.  Affidavit of Mark J. Kovack, sworn to on October 15, 2003, with Exhibits "1" through "3" attached thereto;

4.  Affidavit of Mark J. Kovack, sworn to on November 13, 2003, with Exhibits "1" and "2" attached thereto; and,

5.  Memorandum Of Law In Support Of JP Morgan Chase Bank, Trustee's Motion For Summary Judgment, dated November 13, 2003.

**WHEREFORE**, upon all of the foregoing, Chase respectfully prays that this Court enter summary judgment against the Plaintiffs on Counts I, III and IV of their Amended Complaint, as there is no genuine issue as to any material fact and Chase is entitled to judgment as a matter of law.

**THIS DEFENDANT,**
**JP MORGAN CHASE BANK, TRUSTEE**

By _____
Mark J. Kovack, Esq./ct01431
WAKE, SEE DIMES & BRYNICZKA
27 Imperial Avenue
Post Office Box 777
Westport, CT 06881-0777
Telephone: (203) 227-9545
Telecopier: (203) 226-1641
E-mail: mkovack@wsdb.com
Its attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 13th day of November, 2003, a copy of the foregoing has been mailed by first class mail, postage prepaid, to all counsel and/or pro se parties of record, to wit:

Peter W. Benner, Esq.
Catherine M. Esposito, Esq.
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819
(*Counsel for the Plaintiff*)

Robert B. Hemley, Esq.
Christina Reiss, Esq.
Gravel and Shea
76 St. Paul Street, P.O. Box 369
Burlington, VT 05402-0369
(*of Counsel for the Plaintiff*)

Robert P. Dolian, Esq.
Cummings & Lockwood, LLC
107 Elm Street, P.O. Box 120
Stamford, CT 06904-0120
(*Counsel for Defendant Patricia W. Dwight*)

_____
Mark J. Kovack