UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 30 P 12: 01

| | |
|---|---|
| JOHN K. DWIGHT, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 303 CV 0117 (WWE) |
| ) | |
| JP MORGAN CHASE BANK, ) | |
| TRUSTEE, et al., ) | |
| ) | |
| Defendants. ) | DECEMBER 29, 2003 |

**DEFENDANT JP MORGAN CHASE BANK, TRUSTEE'S
OBJECTION TO CROSS-MOTION FOR SUMMARY JUDGMENT AND
MOTION TO STRIKE SAME**

This defendant, **JP MORGAN CHASE BANK, TRUSTEE** ("Chase"), upon its memorandum of law submitted herewith and pursuant to Rule 16(f) of the Federal Rules of Civil Procedure and this Court's Scheduling Order of September 2, 2003, hereby objects to and moves to strike the plaintiffs' cross-motion for summary judgment dated December 15, 2003, on grounds that same is untimely under and is in violation of said Scheduling Order. The plaintiffs, who already filed a timely motion for partial summary judgment on or about September 25, 2003, now move for summary judgment on all of the remaining claims in their complaint thirteen (13) days after the cutoff date for the filing of dispositive motions.

**WHEREFORE**, Chase respectfully objects to the plaintiffs' motion and moves to strike same. In the event that this Motion is denied, Chase requests twenty-one (21) days from the date of the Court's decision to file papers in opposition to the plaintiffs' cross-motion for summary judgment.

1

**THIS DEFENDANT,**
**JP MORGAN CHASE BANK, TRUSTEE**

By_____
Mark J. Kovack, Esq./ct01431
WAKE, SEE DIMES & BRYNICZKA
27 Imperial Avenue
Post Office Box 777
Westport, CT 06881-0777
Telephone: (203) 227-9545
Telecopier: (203) 226-1641
E-mail: mkovack@wsdb.com
Its attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 29th day of December, 2003, a copy of the foregoing has been mailed by first class mail, postage prepaid, to all counsel and/or pro se parties of record, to wit:

Peter W. Benner, Esq.
Catherine M. Esposito, Esq.
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819
(*Counsel for the Plaintiff*)

Robert B. Hemley, Esq.
Christina Reiss, Esq.
Gravel and Shea
76 St. Paul Street, P.O. Box 369
Burlington, VT 05402-0369
(*of Counsel for the Plaintiff*)

Robert P. Dolian, Esq.
Cummings & Lockwood, LLC
107 Elm Street, P.O. Box 120
Stamford, CT 06904-0120
(*Counsel for Defendant Patricia W. Dwight*)

Mark J. Kovack