RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

*03CV117 MLVFCM*
2004 JAN 12  A 11: 00

US DISTRICT COURT
BRIDGEPORT CT

JOHN K. DWIGHT, MARGO D. FORBES,       :
PATRICIA D. HALLENBECK and             :
ELIZABETH D. RICHARDSON,               :       CASE NUMBER 303 CV 0177 (WWE)
                                       :
                     Plaintiffs        :
                                       :
          v.                           :
                                       :       January 8, 2004
JP MORGAN CHASE BANK, Trustee of       :
the Russell S. Dwight, Jr. Trust, and  :
PATRICIA W. DWIGHT,                    :
                                       :
                     Defendants        :

FILED
2004 JAN 13  P 12: 41
US DISTRICT COURT

**PLAINTIFFS' MOTION FOR LEAVE TO FILE CROSS-MOTION
FOR SUMMARY JUDGMENT EIGHT DAYS LATE AND
OPPOSITION TO DEFENDANT JP MORGAN CHASE BANK'S MOTION TO STRIKE**

Plaintiffs, John K. Dwight, Margo D. Forbes, Patricia D. Hallenbeck and Elizabeth D.

Richardson ("Plaintiffs") by and through their attorneys, Gravel and Shea, move for permission

to file their Cross-Motion for Summary Judgment/Opposition ("Plaintiffs' Cross-Motion") to

Defendant JP Morgan Chase Bank (the "Bank's) Motion for Summary Judgment eight days late,

and hereby oppose the Bank's Motion to Strike.

This case presents questions of how to construe a testamentary trust. The parties agree

that the matter should be resolved by summary judgment. Cross-motions are before the Court.

Although there is no claim of prejudice occasioned by the filing of the Plaintiffs' Cross-motion

on December 15, 2003, the Bank would have this Court refuse to consider it. Such a result

Motion GRANTED.
So Ordered United States District Judge

GRAVEL AND SHEA
ATTORNEYS AT LAW
P. O. BOX 369
BURLINGTON, VERMONT
05402-0369