UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
JOHN K. DWIGHT, et al.,        )
                               )
              Plaintiffs,      )  CIVIL ACTION NO. 303 CV 0117
                               )  (WWE)
       v.                      )
                               )
JP MORGAN CHASE BANK, TRUSTEE  )
OF THE RUSSELL S. DWIGHT, JR., )
TRUST, et al.,                 )
                               )
              Defendants.      )  January 13, 2004
```

**DEFENDANT PATRICIA W. DWIGHT'S
OBJECTION TO PLAINTIFFS' MOTION FOR LEAVE
TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant Patricia Dwight ("Mrs. Dwight") hereby objects to Plaintiffs' Motion for Leave to File Cross-Motion for Summary Judgment, dated January 8, 2004. Mrs. Dwight also joins in the Objection and Motion to Strike filed by her co-defendant JP Morgan Chase Bank, dated December 29, 2003. In support of her position, Mrs. Dwight requests that the Court consider the following:

Mrs. Dwight and her counsel are not aware of any agreement by the parties "that the matter should be resolved by summary judgment." (Plaintiffs' Motion at 1) The undersigned has never reached any such agreement. Just so that it is clear, Mrs. Dwight contends that: (1) if any motion for summary judgment should be granted, it is only the motion of JP Morgan Chase Bank; (2) there are substantial facts in dispute with respect to both motions for summary judgment filed by the plaintiffs; and (3) the fact that two parties have moved for summary judgment does not necessarily mean that all the facts are undisputed or that summary judgment is appropriate or that it is an agreed-upon procedure for resolving the dispute.

Little or no discovery has been taken regarding the standard of living that Mrs. Dwight and her late husband enjoyed at the time the Trust was executed, and there has been little or no evidence presented to this Court on that subject. Moreover, to the extent there has been evidence submitted to this Court concerning Mrs. Dwight's financial status and her health, that evidence is now stale because both have changed substantially

within the past month. As all parties know, Mrs. Dwight's health has materially deteriorated, her medical expenses have grown significantly, and much of what is stated in plaintiffs' papers regarding the foregoing is now outdated.

Moreover, much of plaintiffs' analysis and argument is premised on the substantial capital gains reported in Mrs. Dwight's 2002 federal income tax return. What plaintiffs totally overlook, however, is that those proceeds are not available to Mrs. Dwight to spend as she sees fit. To the contrary, her difficult financial situation required her to sell substantial portions of her assets in order to reinvest the proceeds in other assets that would generate additional current income. In so doing, she has incurred substantial additional expense in the form of large capital gains taxes. In sum, rather than supporting plaintiffs' position, those capital gains reflect both Mrs. Dwight's need for additional income and the fact that she has incurred substantial additional expense in attempting to generate that income.

It is just this sort of financial predicament that her husband's trust was designed to avoid. Unfortunately, plaintiffs' lawsuit has thrown all of that into a cocked hat as the income from the trust is now largely being spent on attorney's fees.

While Mrs. Dwight would very much like to see a quick and efficient resolution of this lawsuit, she cannot agree that a trial is unnecessary. Should JP Morgan Chase Bank's motion for summary judgment be denied, Mrs. Dwight will present substantial evidence in support of her position in this case.

For the foregoing reasons, Mrs. Dwight requests that plaintiffs' Motion be denied and that this case be scheduled for an early trial.

    THIS DEFENDANT,
    PATRICIA W. DWIGHT
    BY CUMMINGS & LOCKWOOD
    HER ATTORNEYS

    By _/s/ Robert P. Dolian_
    Robert P. Dolian (CT 04278)
    Four Stamford Plaza
    107 Elm Street
    Stamford, CT 06902
    (203) 327-1700

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing DEFENDANT PATRICIA W. DWIGHT'S OBJECTION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT was served via first-class U.S. Mail, postage prepaid, on this 13th day of January, 2004, on the following:

> Mark J. Kovack, Esq.
> Wake, See, Dimes & Bryniczka
> 27 Imperial Avenue
> P.O. Box 777
> Westport, CT  06881-0777
>
> Peter W. Benner, Esq.
> Shipman & Goodwin LLP
> One American Row
> Hartford, CT  06103-2819
>
> Robert B. Hemley, Esq.
> Gravel and Shea
> 76 St. Paul Street
> Burlington, VT  05402-0369

_____
Robert P. Dolian

.StmLib1:1044324.1 01/13/04