FILE CODE

| A - Z | CLIENT | SUB- FILE |
|---|---|---|
| | | |

Writer's E-Mail:
rhensley@gravelsbea.com

June 17, 2003

## VIA FAX AND FEDERAL EXPRESS

Mark J. Kovack, Esq.
Wake, See, Dimes & Bryniczka
27 Imperial Avenue
P. O. Box 777
Westport, CT 06881-0777

   Re: Dwight, et. al. v. J.P. Morgan Chase Bank and Dwight
      Civil Action No. 303 CV 0117 (WWE)

Dear Mark:

  I am enclosing directions executed by John Dwight and his siblings removing J.P. Morgan Chase as trustee of the Russell S. Dwight, Jr. Trust pursuant to Article XV, Paragraph 1. Since we are engaged in litigation with J.P. Morgan Chase relating to the Trust, I was not comfortable forwarding these directly to Ms. Amembal. Please deliver them to her as the bank's counsel. If you prefer that I send these directly to the bank, please let me know.

  Please also inform me at your earliest convenience whether Mr. See will be available for deposition as requested on June 24. My earlier e-mails on the subject detail the areas in which we would inquire, including conversations Mr. See had with John Dwight following Russell Dwight's death. Mr. Dwight and I may wish to attend the depositions on June 24 in person. If we should decide to do so, we will be present at Bob Dolian's office on the appointed date and hour. If not, we will phone in. If Mr. See will not be made available, please let me know so we can present the matter to the Court for consideration in a timely fashion. I would not expect in that event that we will seek to obtain an order compelling Mr. See's presence on June 24. Rather, we will seek his deposition at a later date.

  To avoid another letter, I will also take this opportunity to identify the exhibits I will refer to at the depositions of Mrs. Dwight and Ms. Roberts. Of the exhibits marked at the depositions

## OFFICE COPY

| FILE CODE | | | |
|---|---|---|---|
| A - Z | CLIENT | SUB-FILE | |

Mark J. Kovack, Esq.

June 17, 2003
Page 2

on May 15, 2003, I plan to refer to exhibits 1, 2, 3, 4, 5, 6, 8, 9,10, 11, 12,16, 17, 18, 20, 22, 23, 25, and 26. In addition, I plan to refer to the following new exhibits, to be marked as indicated.

[27] Last Will and Testament of John Wineberg
[28] Prudential Statement for December 1 - 31, 1999
[29] Prudential Statement for January 1 - December 31, 2000
[30] Prudential Statement for January 1 - December 31, 2001
[31] Prudential Statement for December 1 - 31, 2002
[32] 1995 Federal Tax Return
[33] 1996 Federal Tax Return
[34] 1997 Federal Tax Return
[35] 1998 Federal Tax Return
[36] 1999 Federal Tax Return
[37] 2000 Federal Tax Return
[38] Bank One Statement for December 1 - 31, 1999
[39] Bank One Statement for December 1 - 31, 2000
[40] Bank One Statement for December 1 - 31, 2002
[41] Bank One Statement for January 1 - 31, 2003

Pre-marked copies of these will follow in the Federal Express package. I will send an extra set to Bob for the court reporter to attach to the deposition transcript.

Thank you for your continued courtesy.

Very truly yours,

GRAVEL AND SHEA

Robert B. Hemley

RBH:jt

Enclosure

cc:    Robert P. Dolian, Esq. (w/enclosure)(via fax)
bcc:   Mr. John Dwight

# OFFICE COPY

June 9, 2003

Ms. Sheela Amembal or Any Other Authorized Person
J.P. Morgan Chase Bank
999 Broad Street
Bridgeport, CT 06604

Re:   Russell S. Dwight Jr. Trust Under Agreement Dated January 27, 1982

Dear Ms. Amembal:

Pursuant to Article XV, Paragraph 1 of the above-referenced Trust, we are writing as the adult beneficiaries entitled to receive income distributions under the Trust to notify you that J.P. Morgan Chase Bank is hereby removed as Trustee. The successor Trustee is The Chittenden Bank, Two Burlington Square, Burlington, Vermont 05401. The administrative officer in charge of the Trust is Mark T. Frederick. He can be reached at (802)660-1328. Please cooperate fully in the transfer of the Trust.

Very Truly Yours,

Dated:_____

Dated:_____      John K. Dwight

                             Margo D. Forbes

Dated:_____

                             Patricia D. Hallenbeck

Dated:_____

                             Elizabeth D. Richardson

June 9, 2003

Ms. Sheela Amembal or Any Other Authorized Person
J.P. Morgan Chase Bank
999 Broad Street
Bridgeport, CT 06604

    Re:    <u>Russell S. Dwight, Jr. Trust Under Agreement Dated January 27, 1982</u>

Dear Ms. Amembal:

    Pursuant to Article XV, Paragraph 1 of the above-referenced Trust, we are writing as the adult beneficiaries entitled to receive income distributions under the Trust to notify you that J.P. Morgan Chase Bank is hereby removed as Trustee. The successor Trustee is The Chittenden Bank, Two Burlington Square, Burlington, Vermont 05401. The administrative officer in charge of the Trust is Mark T. Frederick. He can be reached at (802)660-1328. Please cooperate fully in the transfer of the Trust.

                    Very Truly Yours,

Dated:_____        _____
                    John K. Dwight

Dated:_____        _____
                    Margo D. Forbes

Dated:_____        _____
                    Patricia D. Hallenbeck

Dated: 6/11/13_____        _____
                    Elizabeth D. Richardson

June 9, 2003

Ms. Sheela Amembal or Any Other Authorized Person
J.P. Morgan Chase Bank
999 Broad Street
Bridgeport, CT 06604

Re:   Russell S. Dwight ,Jr. Trust Under Agreement Dated January 27, 1982

Dear Ms. Amembal:

Pursuant to Article XV, Paragraph 1 of the above-referenced Trust, we are writing as the adult beneficiaries entitled to receive income distributions under the Trust to notify you that J.P. Morgan Chase Bank is hereby removed as Trustee. The successor Trustee is The Chittenden Bank, Two Burlington Square, Burlington, Vermont 05401. The administrative officer in charge of the Trust is Mark T. Frederick. He can be reached at (802)660-1328. Please cooperate fully in the transfer of the Trust.

Very Truly Yours,

Dated:_____                    _____
                                         John K. Dwight

Dated:_____                    _____
                                         Margo D. Forbes

Dated: __6/10/03__                       _Patricia D. Hallenbeck_
                                         Patricia D. Hallenbeck

Dated:_____                    _____
                                         Elizabeth D. Richardson

June 9, 2003

Ms. Sheela Amembal or Any Other Authorized Person
J.P. Morgan Chase Bank
999 Broad Street
Bridgeport, CT 06604

Re:     Russell S. Dwight Jr. Trust Under Agreement Dated January 27, 1982

Dear Ms. Amembal:

Pursuant to Article XV, Paragraph 1 of the above-referenced Trust, we are writing as the adult beneficiaries entitled to receive income distributions under the Trust to notify you that J.P. Morgan Chase Bank is hereby removed as Trustee. The successor Trustee is The Chittenden Bank, Two Burlington Square, Burlington, Vermont 05401. The administrative officer in charge of the Trust is Mark T. Frederick. He can be reached at (802)660-1328. Please cooperate fully in the transfer of the Trust.

Very Truly Yours,

Dated: 6/10/03

John K. Dwight

Dated: _____

Margo D. Forbes

Dated: _____

Patricia D. Hallenbeck

Dated: _____

Elizabeth D. Richardson

# CUMMINGS & LOCKWOOD LLC

Robert P. Dolian

203.351.4307 Direct
rdolian@cl-law.com

Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
203.327.1700 Phone
203.351.4535 Fax
www.cl-law.com

June 23, 2003

<u>VIA FACSIMILE AND REGULAR MAIL</u>

Mark J. Kovack, Esq.
Wake, See, Dimes & Bryniczka
27 Imperial Avenue
P.O. Box 777
Westport, CT  06881-0777

Re:    <u>Dwight v. Patricia Dwight and JP Morgan Chase</u>

Dear Mark:

As I indicated to you in our telephone conversation of several days ago, I object on behalf of Patricia Dwight to the removal of JP Morgan Chase as the trustee and the immediate transfer of the trust assets to a new trustee.  I believe that the request is improper for three reasons.

First, I believe that the plaintiffs in this case are not presently "entitled to receive income distributions" under the trust, and therefore they are not entitled to seek removal of the trustee.

Second, even if plaintiffs were entitled to seek removal, I believe that they would have to exercise that power pursuant to their fiduciary obligations under the trust. . As such, their present request is obviously motivated by their own self-interest and their dissatisfaction with the entirely appropriate decision the present trustee made to distribute income to my client.  Consequently, their request to remove the trustee is improper.

Third, even if the trustee were to resign, there would be no transfer of assets to any replacement trustee until there had been a "full settlement of accounts."

Mark J. Kovack, Esq.                    -2-                    June 23, 2003

In any event, given the present controversy, it would seem appropriate to allow the court to decide any dispute over the removal and/or replacement of the trustee.

Best regards.

Very truly yours,

Robert P. Dolian

RPD/kw

cc:  John R. Musicaro, Esq.

.StmLibl:1019289.1 06/23/03

December 17, 2003

Mrs. Patricia W. Dwight
193 Southport Woods Drive
Southport, CT  06890

Re:  Russell S. Dwight Trust Under Agreement  #666021715

Dear Mrs. Dwight:

Thank you for all of the information you provided me regarding your expenses for 2003.

Last Friday the Trust Committee voted to allow up to $20,000 of  NET income on hand after
fees, taxes and legal expenses to be disbursed to you in 2004.  Any amount over and above the
$20,000 would be disbursed equally among your four step-children.

Should you have any questions please don't hesitate to contact me.

Sincerely,


Pamela J. Detoro (Mrs.)
Vice President & Trust Officer

**CHASE**

Pamela J. Detoro
Vice President

**RECEIVED**

DEC 3 0 2003

GRAVEL and SHEA

December 23, 2003

Mr. John K. Dwight
Dwight Asset Management
P O Box 1590
Burlington, VT  05402-1590

Re:  Russell S. Dwight Trust Under Agreement #666021715

Dear Mr. Dwight:

I would like to take this opportunity to introduce myself as the administrator assigned to manage the above trust.  Sheela Amembal has decided to take early retirement and will be leaving the bank mid-January.

~~Based on current financial information provided by Patricia Dwight, our Trust Committee has approved disbursement of net income in set up at $27,000.00 in 2004.~~  If there is any income remaining at year end the balance will be paid equally to you and your sisters.

Should you have any questions or wish to discuss the matter in greater detail please don't hesitate to contact me.

Sincerely,

Pamela J. Detoro (Mrs.)
Vice President & Trust Officer

JPMorgan Chase Bank • 122 Main Street, Floor 2, New Canaan, CT 06840
Telephone: 203 972 2205 • Facsimile: 203 972 2212 • Toll Free:866 812 0847
pamela.detoro@chase.com

# PATRICIA DWIGHT EXPENSES 2003

| | 2003 ACTUAL JAN-SEPT |
|---|---|
| CASH | $9,000.00   XXX |
| INCLUDES FOOD, HAIR, NAILS, ETC | |
| CHARITIES | $365.00 |
| CHURCH | |
| CLOTHES CLEANERS, DRESSMAKER | $3,019.30 |
| CONDO DUES | $2,628.00 |
| GIFTS | $45,005.00 ✓ |
| HUNT CLUB | |
| INSURANCE INCL. HOME CAR, LONG TERM | $10,308.66 |
| MAINTENANCE/IMPROVENTS/REPAIRS | $1,441.90 |
| INCLUDING HOUSE CLEANING, WINDOWS, ADT, DUCT WORK | |
| MEDICAL | |
| DRIVERS, THERAPY, MESSAGES | $6,178 |
| DRUGS/HEALTHNET | $5,464.00 |
| MISC. | |
| INCL. BOOKS, POLITICAL CONT., CK FEES, ETC | |
| PROFESSIONAL FEES | $23,435.85   72,000 |
| INCL. ACCOUNTANT, LAWYER, MANAGEMENT | |
| SUBSCRIPTIONS, DUES, ETC | $1,012.01 |
| TAXES | 44,826 — |
| INCOME TAXES | $119,826.00 — 75,000 |
| REAL ESTATE, CAR | $2,515.51 |
| UTILITIES | $2,553.31 |
| INCLUDING ELECTRICITY, GAS TELEPHONE | |
| CREDIT CARDS | $11,393.01 ✓ |
| TOTALS 102,702.70 | $244,148.35 |

35,000 est    $135 – 140,000       118,866 inc

$137,702 20   expenses

94,793 — 35
2,369 — tax ex.
22,063 —
122,225 —

$25,000 of income

shortfall   $18,846 20   $ 114

–90
137,702
122,225
35,000
13,477

*PRIMARY*

# ○ CHASE

## REQUEST FOR DISCRETIONARY PAYMENT/ACCUMULATION/OTHER ACTION

| Account Number: 666021715 | Complete Title: JPMorgan Chase Bank Trustee Under Agreement for the benefit of Patricia Dwight (Spray Trust) |
|---|---|
| Region: Connecticut | Type: Irrevocable |

| PRINCIPAL | INCOME | | AMOUNT | DATE |
|---|---|---|---|---|
| ☐ Invasion ☐ Pledge/Other ☐ Real Estate Repairs | ☒ Distribution ☐ Accumulation ☐ Other | Inventory Value: | $977,422.46 | 04/25/1992 |
| | | Market Value: | $1,504,097.68 | 10/28/2003 |
| | | Estimated Annual Net Income: | $36,875.00 | 10/28/2003 |
| Income Requested: $36,875.00 *only pay* *net income* | | Last Principal Invasion: | $ 0.00 | 10/28/2003 |
| Principal Requested: | | Total Principal Invasions since Inception or Last Accounting: | $ 0.00 | 10/28/2003 |

**Date of Last Accounting:** _____

**Settled By:** Not a Probate Account

**Pertinent Information**                    Co-Trustee(s) Approval Obtained  Yes ☐  No ☐  N/A ☒

**Income Beneficiary(ies):** Income can be sprayed to Patricia Dwight BD: 5/27/16 or to her 4 step-children: John Dwight - Margaret Forbes - Patricia Hallenbeck & Elizabeth Richards equally to the 4 step-children named above.

**Terminating Event/Remaindermen:** Death of Patricia Dwight  trust distribute

**Requester and Requested /Proposed Distribution:** To pay the net income to Patricia Dwight based on her income tax return and budget attached. The Committee should be reminded that we are in litigation with the 4 step children because they feel that they should continue to receive the net income instead of Mrs. Dwight. They are also seeking JPMC removal as Trustee.

**Additional Information:** _Med_

**Officer's Recommendation:** Due to the sensitive nature of this situation I look to the Committee and the Attorney for guidance as to how to proceed.

**Date of Request (when all supporting information provided):** 10/28/2003

**Date Account Opened:** 04/25/1992

**Tax Information**

| | Yes | No |
|---|---|---|
| Is this a generation skipping trust, subject to transfer tax? | ☐ | ☒ |
| If yes, is this payment an excludable transfer for tuition or medical expense? | ☐ | ☒ |
| If not excludable, is this payment a taxable distribution (i.e. GST payable by recipient)? | ☐ | ☒ |
| If not excludable, is this payment a taxable termination (i.e. GST payable by trust)? | ☐ | ☒ |
| Post 9/25/85 Additions? | ☐ | ☒ |
| Is this a Q-Tip Trust? | ☐ | ☒ |
| If yes, was it a partial Q-Tip election requiring a new percentage calculation for the elected share includable in survivor's taxable estate? | ☐ | ☒ |

*Approved net income apprx 36575 for 2003 plus $5000 for 1Q 2004.*

Page 1 of more

FROM PERSONAL ASSET MNGMT. SVCS. CMB        (MON) 1. 12˙04 16:07/ST. 16:06/NO. 4860193603 P  3

Documents and Material Attached - Copy of Will or Trust Agreement & Information on at least 3 prior years' invasions.

**IDENTIFY APPLICABLE ARTICLE(S)** Article IV - attached

Admin Officer:
(Print Name) Pamela Detoro _____   Signature: _Pamela J. Detoro_ Date: 10/28/2003

☐ Approved   ☐ Disapproved   ☐ Other (Describe):

**REQUIRED SIGNATURES:**

Authorized Signer:
(Print Name) pjd _____ Date: 10/28/2003   Authorized Signer:
(Print Name) _____   Date: _____

Approved by D.A.C. Date: DEC 0 5 2003

R. Hamilton

L. ~~Ormsby~~  Tynan

Cynthia Preano
Renier Chaintrauil
~~Ivo Eeter~~
Sheela Amembal
Jeffrey Boylan
Gregory Kirk

| FILE CODE | | |
|---|---|---|
| A - Z | CLIENT | SUB-FILE |
| | | |

Writer's E-Mail:
creiss@gravelshea.com

January 16, 2004

Mark J. Kovack, Esq.
Wake, See, Dimes & Bryniczka
27 Imperial Avenue
P. O. Box 777
Westport, CT 06881-0777

      Re:    John K. Dwight, et al. V. JP Morgan Chase Bank, Trustee
            et al.      Civil Action No. 303 CV 0117 (WWE)

Dear Mr. Kovack:

As you know, JP Morgan Chase Bank ("the Bank") has agreed that John K. Dwight, Margo D. Forbes, Patricia D. Hallenbeck, and Elizabeth D. Richardson ("Russell Dwight's children") are entitled to receive income distributions from the Russell S. Dwight Trust. *See attached.*

Pursuant to Article XV, Paragraph 1 of the above-referenced Trust, Russell Dwight's children notify you that JP Morgan Chase Bank is hereby removed as Trustee. The successor Trustee is The Chittenden Bank, Two Burlington Square, Burlington, Vermont 05401. The administrative officer in charge of the Trust is Mark T. Frederick. He can be reached at (802) 660-1328. Please cooperate fully in the transfer of the Trust. If the Bank will not honor this removal notice, please so notify me in writing within seven (7) business days of this letter.

# OFFICE COPY

Mark J. Kovack, Esq.

| FILE CODE | | | |
|---|---|---|---|
| | A - Z | CLIENT | SUB-FILE |
| | | | |

Thank you for your anticipated cooperation.

Very truly yours,

GRAVEL AND SHEA

Christina Reiss

CR:jt

Enclosures

bcc:    Mr. John K. Dwight

# OFFICE COPY

**Pamela J . Detoro**
Vice President

RECEIVED

DEC 0 0 2003

GRAVEL and SHEA

December 23, 2003

Mr. John K. Dwight
Dwight Asset Management
P O Box 1590
Burlington, VT 05402-1590

Re:  Russell S. Dwight Trust Under Agreement #666021715

Dear Mr. Dwight:

I would like to take this opportunity to introduce myself as the administrator assigned to manage the above trust.  Sheela Amembal has decided to take early retirement and will be leaving the bank mid-January.

Based on current financial information provided by Patricia Dwight our Trust Committee has approved disbursement of net income to her up to $20,000 in 2004.  If there is any income remaining at year end the balance will be paid equally to you and your sisters.

Should you have any questions or wish to discuss the matter in greater detail please don't hesitate to contact me.

Sincerely,

Pamela J. Detoro (Mrs.)
Vice President & Trust Officer

January 12, 2004

Ms. Pamela Detoro or Any Other Authorized Person
J.P. Morgan Chase Bank
999 Broad Street
Bridgeport, CT 06604

Re:    Russell S. Dwight, Jr. Trust Under Agreement Dated January 27, 1982

Dear Ms. Detoro:

Pursuant to Article XV, Paragraph 1 of the above-referenced Trust, we are writing as the adult beneficiaries entitled to receive income distributions under the Trust to notify you that J. P. Morgan Chase Bank is hereby removed as Trustee. The successor Trustee is The Chittenden Bank, Two Burlington Square, Burlington, Vermont 05401. The administrative officer in charge of the Trust is Mart T. Frederick. He can be reached at (802) 660-1328. Please cooperate fully in the transfer of the Trust.

Very truly yours,

Dated:_____

Dated:____1/12/04_____            _____
                                        John K. Dwight

                                        _____
                                        Margo D. Forbes

Dated:_____

                                        _____
                                        Patricia D. Hallenbeck

Dated:_____

                                        _____
                                        Elizabeth D. Richardson

January 12, 2004

Ms. Pamela Detoro or Any Other Authorized Person
J.P. Morgan Chase Bank
999 Broad Street
Bridgeport, CT 06604

Re:    Russell S. Dwight, Jr. Trust Under Agreement Dated January 27, 1982

Dear Ms. Detoro:

Pursuant to Article XV, Paragraph 1 of the above-referenced Trust, we are writing as the adult beneficiaries entitled to receive income distributions under the Trust to notify you that J. P. Morgan Chase Bank is hereby removed as Trustee. The successor Trustee is The Chittenden Bank, Two Burlington Square, Burlington, Vermont 05401. The administrative officer in charge of the Trust is Mart T. Frederick. He can be reached at (802) 660-1328. Please cooperate fully in the transfer of the Trust.

Very truly yours,

Dated:_____        _____
                                   John K. Dwight

Dated:_____        _____
                                   Margo D. Forbes

Dated:_____        _____
                                   Patricia D. Hallenbeck

Dated: 1/14/04                     Elizabeth D. Richardson

January 12, 2004

Ms. Pamela Detoro or Any Other Authorized Person
J.P. Morgan Chase Bank
999 Broad Street
Bridgeport, CT 06604.

> Re:    Russell S. Dwight, Jr. Trust Under Agreement Dated January 27, 1982

Dear Ms. Detoro:

Pursuant to Article XV, Paragraph 1 of the above-referenced Trust, we are writing as the adult beneficiaries entitled to receive income distributions under the Trust to notify you that J. P. Morgan Chase Bank is hereby removed as Trustee. The successor Trustee is The Chittenden Bank, Two Burlington Square, Burlington, Vermont 05401. The administrative officer in charge of the Trust is Matt T. Frederick. He can be reached at (802) 660-1328. Please cooperate fully in the transfer of the Trust.

Very truly yours,

Dated:_____          _____
                                          John K. Dwight

Dated:_____          _____
                                          Margo D. Forbes

Dated:___1/13/04_____              _Patricia D. Hallenbeck_
                                          Patricia D. Hallenbeck

Dated:_____          _____
                                          Elizabeth D. Richardson

January 12, 2004

Ms. Pamela Detoro or Any Other Authorized Person
J.P. Morgan Chase Bank
999 Broad Street
Bridgeport, CT 06604

    Re:   Russell S. Dwight, Jr. Trust Under Agreement Dated January 27, 1982

Dear Ms. Detoro:

    Pursuant to Article XV, Paragraph 1 of the above-referenced Trust, we are writing as the adult beneficiaries entitled to receive income distributions under the Trust to notify you that J. P. Morgan Chase Bank is hereby removed as Trustee. The successor Trustee is The Chittenden Bank, Two Burlington Square, Burlington, Vermont 05401. The administrative officer in charge of the Trust is Matt T. Frederick. He can be reached at (802) 660-1328. Please cooperate fully in the transfer of the Trust.

           Very truly yours,

Dated: __1/14/04__

Dated: __1/12/04__

                    John K. Dwight

                    Margo D. Forbes

Dated: _____

                    Patricia D. Hallenbeck

Dated: _____

                    Elizabeth D. Richardson

January 12, 2004

Ms. Pamela Detoro or Any Other Authorized Person
J.P. Morgan Chase Bank
999 Broad Street
Bridgeport, CT 06604

  Re: Russell S. Dwight, Jr. Trust Under Agreement Dated January 27, 1982

Dear Ms. Detoro:

  Pursuant to Article XV, Paragraph 1 of the above-referenced Trust, we are writing as the adult beneficiaries entitled to receive income distributions under the Trust to notify you that J. P. Morgan Chase Bank is hereby removed as Trustee. The successor Trustee is The Chittenden Bank, Two Burlington Square, Burlington, Vermont 05401. The administrative officer in charge of the Trust is Mart T. Frederick. He can be reached at (802) 660-1328. Please cooperate fully in the transfer of the Trust.

    Very truly yours,

Dated:_____

Dated: 1/12/04

         John K. Dwight

Dated:_____

         Margo D. Forbes

Dated:_____

         Patricia D. Hallenbeck

Dated:_____

         Elizabeth D. Richardson

January 12, 2004

Ms. Pamela Detoro or Any Other Authorized Person
J.P. Morgan Chase Bank
999 Broad Street
Bridgeport, CT 06604

Re:    Russell S. Dwight, Jr. Trust Under Agreement Dated January 27, 1982

Dear Ms. Detoro:

Pursuant to Article XV, Paragraph 1 of the above-referenced Trust, we are writing as the adult beneficiaries entitled to receive income distributions under the Trust to notify you that J. P. Morgan Chase Bank is hereby removed as Trustee. The successor Trustee is The Chittenden Bank, Two Burlington Square, Burlington, Vermont 05401. The administrative officer in charge of the Trust is Mart T. Frederick. He can be reached at (802) 660-1328. Please cooperate fully in the transfer of the Trust.

Very truly yours,

Dated:_____ _____         _____
                                  John K. Dwight

Dated:_____          _____
                                  Margo D. Forbes

Dated:_____          _____
                                  Patricia D. Hallenbeck

Dated: 1/14/04                    _Elizabeth D. Richardson_
                                  Elizabeth D. Richardson

January 12, 2004

Ms. Pamela Detoro or Any Other Authorized Person
J.P. Morgan Chase Bank
999 Broad Street
Bridgeport, CT 06604.

     Re:   Russell S. Dwight, Jr. Trust Under Agreement Dated January 27, 1982

Dear Ms. Detoro:

     Pursuant to Article XV, Paragraph 1 of the above-referenced Trust, we are writing as the adult beneficiaries entitled to receive income distributions under the Trust to notify you that J. P. Morgan Chase Bank is hereby removed as Trustee. The successor Trustee is The Chittenden Bank, Two Burlington Square, Burlington, Vermont 05401. The administrative officer in charge of the Trust is Mart T. Frederick. He can be reached at (802) 660-1328. Please cooperate fully in the transfer of the Trust.

     Very truly yours,

Dated:_____ _____       _____
                                        John K. Dwight

Dated:_____ _____       _____
                                        Margo D. Forbes

Dated: *4/13/04*                *Patricia D. Hallenbeck*
                                          Patricia D. Hallenbeck

Dated:_____ _____       _____
                                        Elizabeth D. Richardson

January 12, 2004

Ms. Pamela Detoro or Any Other Authorized Person
J.P. Morgan Chase Bank
999 Broad Street
Bridgeport, CT 06604

        Re:     Russell S. Dwight, Jr. Trust Under Agreement Dated January 27, 1982

Dear Ms. Detoro:

        Pursuant to Article XV, Paragraph 1 of the above-referenced Trust, we are writing as the adult beneficiaries entitled to receive income distributions under the Trust to notify you that J. P. Morgan Chase Bank is hereby removed as Trustee. The successor Trustee is The Chittenden Bank, Two Burlington Square, Burlington, Vermont 05401. The administrative officer in charge of the Trust is Mart T Frederick. He can be reached at (802) 660-1328. Please cooperate fully in the transfer of the Trust.

                        Very truly yours,

Dated: _1/14/04_

Dated: _1/12/04_                John K. Dwight

                                Margo D. Forbes

Dated: _____            Patricia D. Hallenbeck

Dated: _____            Elizabeth D. Richardson