UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB -2 P 12: 25
US DISTRICT
BRIDGEPORT

| | | |
|---|---|---|
| JOHN K. DWIGHT, MARGO D. FORBES, PATRICIA D. HALLENBECK and ELIZABETH D. RICHARDSON, | : | |
| | : | CASE NUMBER 303 CV 0117 (WWE) |
| Plaintiffs | : | |
| v. | : | |
| | : | January 30, 2004 |
| JP MORGAN CHASE BANK, Trustee of the Russell S. Dwight, Jr. Trust, and PATRICIA W. DWIGHT, | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Robert B. Hemley, Esq., attorney for Plaintiffs, certify that on January 30, 2004, I served Supplemental Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment Relating to Trustee Removal, and Supplemental Affidavit in Support of Supplemental Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment Relating to Trustee Removal, by causing the same to be mailed by United States mail, postage prepaid to the following:

Robert P. Dolian, Esq.
Cumming & Lockwood, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

Mark J. Kovack, Esq.
Wake, See, Dimes & Bryniczka
27 Imperial Avenue
P.O. Box 777
Westport, CT 06881-0777

Peter W. Benner, Esq.
Catherine M. Esposito, Esq.
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819

Dated:	Burlington, Vermont
	January 30, 2004

_____
Robert B. Hemley, Esq. CT#24489
Gravel and Shea
76 St. Paul Street, 7th Floor
P. O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
For Plaintiffs