UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 OCT 21  P 12: 50

U.S. DISTRICT COURT
BRIDGEPORT. CONN.

JOHN K. DWIGHT, et al.,              :

      Plaintiffs,                   :

v.                                   :     No. 3:03CV0117(WWE)

                                          :

JP MORGAN CHASE BANK,
TRUSTEE OF THE RUSSELL S.            :
DWIGHT, JR., TRUST, et al.,

                                          :

      Defendants.
_____/

### ORDER OF TRANSFER

In the interests of justice, the above-captioned case is hereby transferred to the docket of the Honorable Judge Janet C. Hall for all purposes. All future pleadings or documents in this matter should be filed with the Clerk's Office in Bridgeport and bear the docket number 3:03cv117(JCH). Pleadings or documents filed at any other seat of court will be refused at the Clerk's Office and returned to you unfiled.

    IT IS SO ORDERED.

    Dated this 18th day of October, 2004 at Bridgeport, Connecticut.

_____
Warren W. Eginton, Senior U.S. District Judge