FILED

2005 FEB 23  A 11: 45

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN K. DWIGHT, MARGO D. FORBES, PATRICIA D. HALLENBECK and ELIZABETH D. RICHARDSON, | : <br> : <br> : CIVIL ACTION NO.: <br> : 303 CV 0117 (WWE) |
| Plaintiffs | : |
| v. | : |
| JPMORGAN CHASE BANK, Trustee of the Russell S. Dwight, Jr. Trust, and PATRICIA W. DWIGHT, | : <br> : <br> : <br> : FEBRUARY 22, 2005 |
| Defendants. | : |

### APPEARANCE

To the Clerk of this Court and all parties of record, please enter my appearance on behalf of the plaintiffs, John K. Dwight, Margo D. Forbes, Patricia D. Hallenbeck and Elizabeth D. Richardson.

*(signature)*
Robert L. Wyld (ct04333)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Tel. (860) 251-5000
Fax (860) 251-5218
e-mail: rwyld@goodwin.com

## CERTIFICATE OF SERVICE

This is to certify that on this the 22nd day of February, 2005, a copy of the foregoing Appearance was mailed, via U.S. mail, postage prepaid, to the following:

Robert P. Dolian, Esq.
Cummings & Lockwood LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

Mark J. Kovack, Esq.
Wake, See, Dimes & Bryniczka
27 Imperial Avenue
P.O. Box 777
Westport, CT 06881-0777

Robert B. Hemley, Esq.
Christina Reiss, Esq.
Gravel and Shea
76 St. Paul Street
P.O. Box 369
Burlington, VT 05402-0369

Robert L. Wyld

395612 v.01 S1

SHIPMAN & GOODWIN® LLP • COUNSELORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103-1919 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385