UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN K. DWIGHT, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JP MORGAN CHASE BANK, TRUSTEE )<br>OF THE RUSSELL S. DWIGHT, JR., )<br>TRUST, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:03-CV-0117<br>(JCH)<br><br><br><br><br><br><br><br>April 6, 2005 |

## DEFENDANT PATRICIA W. DWIGHT'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant, Patricia Dwight, pursuant to Rule 56 of the Federal Rules of Civil Procedure and in accordance with D. Conn. L. Civ. Rule 56 (a)(1), and this Court's March 31, 2005 Ruling on Defendants' Motion for Summary Judgment and Plaintiffs' Motions for Summary Judgment, hereby moves this Court for summary judgment on Count IV of the Plaintiffs' Amended Complaint, as there is no genuine issue as to any material fact and Patricia Dwight is entitled to judgment as a matter of law.

**ORAL ARGUMENT NOT REQUESTED/
TESTIMONY NOT REQUIRED**

In support of this motion, Patricia Dwight submits the following:

1. Local Rule 56(a)(1) Statement

2. Memorandum of Law In Support of Defendant Patricia W. Dwight's Motion for Summary Judgment.

Wherefore, based upon the foregoing Patricia Dwight respectfully requests that this Court enter summary judgment in her favor as to Count IV of the Amended Complaint, as there is no genuine issue as to any material fact and Patricia Dwight is entitled to judgment as a matter of law.

> THIS DEFENDANT,
> PATRICIA W. DWIGHT
> BY CUMMINGS & LOCKWOOD
> HER ATTORNEYS
>
> By _____
> Robert P. Dolian (CT 04278)
> Four Stamford Plaza
> 107 Elm Street
> Stamford, CT 06902
> (203) 327-1700

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing DEFENDANT PATRICIA W. DWIGHT'S MOTION FOR PARTIAL SUMMARY JUDGMENT was served via first-class U.S. Mail, postage prepaid, on this 6th day of April, 2005, on the following:

>    Mark J. Kovack, Esq.
>    Wake, See, Dimes & Bryniczka
>    27 Imperial Avenue
>    P.O. Box 777
>    Westport, CT  06881-0777
>
>    Peter W. Benner, Esq.
>    Robert L. Wyld, Esq.
>    Shipman & Goodwin LLP
>    One American Row
>    Hartford, CT  06103-2819
>
>    Robert B. Hemley, Esq.
>    Christina Reiss, Esq.
>    Gravel and Shea
>    76 St. Paul Street
>    Burlington, VT  05402-0369

*Robert P. Dolian* (signature)

Robert P. Dolian

2105210_1.doc 4/5/2005