UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN K. DWIGHT, et al., ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. 3:03-CV-0117 |
| ) | (JCH) |
| v. ) | |
| ) | |
| JP MORGAN CHASE BANK, TRUSTEE ) | |
| OF THE RUSSELL S. DWIGHT, JR., ) | |
| TRUST, et al., ) | |
| ) | |
| Defendants. ) | April 6, 2005 |

**LOCAL RULE 56(a)(1) STATEMENT BY DEFENDANT PATRICIA W. DWIGHT**

Pursuant to D. Conn. L. Civ. Rule 56(a)(1), this defendant, Patricia W. Dwight, in connection with her motion for summary judgment of even date herewith, hereby incorporates by reference the Local Rule 56(a)(1) Statement dated November 13, 2003, which was submitted by Defendant J.P. Morgan Chase Bank, ("Chase") Trustee, in connection with Chase's motion for partial summary judgment dated November 13, 2003.

THIS DEFENDANT,
PATRICIA W. DWIGHT
BY CUMMINGS & LOCKWOOD
HER ATTORNEYS


By _____*Robert Dolian*_____
   Robert P. Dolian (CT 04278)
   Four Stamford Plaza
   107 Elm Street
   Stamford, CT  06902
   (203) 327-1700

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing LOCAL RULE 56(a)(1) STATEMENT BY DEFENDANT PATRICIA W. DWIGHT was served via first-class U.S. Mail, postage prepaid, on this 6th day of April, 2005, on the following:

>Mark J. Kovack, Esq.
>Wake, See, Dimes & Bryniczka
>27 Imperial Avenue
>P.O. Box 777
>Westport, CT  06881-0777
>
>Peter W. Benner, Esq.
>Robert L. Wyld, Esq.
>Shipman & Goodwin LLP
>One American Row
>Hartford, CT  06103-2819
>
>Robert B. Hemley, Esq.
>Christina Reiss, Esq.
>Gravel and Shea
>76 St. Paul Street
>Burlington, VT  05402-0369

_____
Robert P. Dolian

2105234_1.doc 4/5/2005