UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN K. DWIGHT, et al., | ) |
| | ) |
| Plaintiffs, | ) CIVIL ACTION NO. 3:03-CV-0117 |
| | ) (JCH) |
| v. | ) |
| | ) |
| JP MORGAN CHASE BANK, TRUSTEE | ) |
| OF THE RUSSELL S. DWIGHT, JR., | ) |
| TRUST, et al., | ) |
| | ) |
| Defendants. | ) April 20, 2005 |

### SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)

Cummings & Lockwood LLC, attorney of record for Patricia W. Dwight in this case, suggests upon the record, pursuant to Rule 25(a)(1), the death of Defendant Patricia W. Dwight during the pendency of this action.

-2-

CUMMINGS & LOCKWOOD LLC,
ATTORNEY FOR DEFENDANT PATRICIA W.
DWIGHT

By *[signature: Robert Dolian]*
Robert P. Dolian (CT 04278)
Four Stamford Plaza
107 Elm Street
Stamford, CT  06902
(203) 327-1700

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1) was served via first-class U.S. Mail, postage prepaid, on this 20th day of April, 2005, on the following:

>Mark J. Kovack, Esq.
>Wake, See, Dimes & Bryniczka
>27 Imperial Avenue
>P.O. Box 777
>Westport, CT  06881-0777
>
>Peter W. Benner, Esq.
>Robert L. Wyld, Esq.
>Shipman & Goodwin LLP
>One American Row
>Hartford, CT  06103-2819
>
>Robert B. Hemley, Esq.
>Christina Reiss, Esq.
>Gravel and Shea
>76 St. Paul Street
>Burlington, VT  05402-0369

_____
Robert P. Dolian

2111172_1.doc 4/20/2005