UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN K. DWIGHT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. 3:03-CV-0117 |
| | ) | (JCH) |
| v. | ) | |
| | ) | |
| JP MORGAN CHASE BANK, TRUSTEE | ) | |
| OF THE RUSSELL S. DWIGHT, JR., | ) | |
| TRUST, et al., | ) | |
| | ) | |
| Defendants. | ) | May 26, 2005 |

## MOTION TO SUBSTITUTE EXECUTOR

Pursuant to Fed. R. Civ. P. 25, Lucy Roberts, the executor of the Estate of Patricia Dwight, requests that this Court substitute her as a Defendant in place of Patricia Dwight.  The following sets forth the specific reasons for this request:

1.  Patricia Dwight was a Defendant in the above-captioned case.

2.  On April 19, 2005, Defendant Patricia Dwight passed away.

3.    On May 17, 2005, Lucy Roberts was appointed as executor of the Estate of Patricia Dwight.  <u>See</u> Order of Probate Court attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Lucy Roberts, the Executor of the Estate of Patricia Dwight moves that she be substituted as a Defendant in the action in place of the deceased.

CUMMINGS & LOCKWOOD LLC,
ATTORNEY FOR LUCY ROBERTS,
EXECUTOR OF THE ESTATE OF PATRICIA
DWIGHT

By_____
Robert P. Dolian (CT 04278)
Four Stamford Plaza
107 Elm Street
Stamford, CT  06902
(203) 327-1700

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION
TO SUBSTITUTE EXECUTOR  was served via first-class U.S. Mail,
postage prepaid, on this 26th  day of May, 2005, on the
following:

> Mark J. Kovack, Esq.
> Wake, See, Dimes & Bryniczka
> 27 Imperial Avenue
> P.O. Box 777
> Westport, CT   06881-0777
>
> Peter W. Benner, Esq.
> Robert L. Wyld, Esq.
> Shipman & Goodwin LLP
> One American Row
> Hartford, CT   06103-2819
>
> Robert B. Hemley, Esq.
> Christina Reiss, Esq.
> Gravel and Shea
> 76 St. Paul Street
> Burlington, VT   05402-0369

Robert P. Dolian

2111172_1.doc 5/26/2005