A

| DECREE GRANTING ADMINISTRATION OR PROBATE OF WILL<br>PC-260 REV. 10/01 | STATE OF CONNECTICUT<br>COURT OF PROBATE | RECORDED: |
|---|---|---|

**COURT OF PROBATE, DISTRICT OF Fairfield**    **DISTRICT NO. 051**

**ESTATE OF**

Patricia Dwight, Decedent   (05-0280)

| FIDUCIARY'S NAME AND ADDRESS | POSITION OF TRUST |
|---|---|
| Lucy Defoe Roberts, 1060 Harbor Road, Southport, CT 06890 | Executrix |

At a court of probate held at the place and time of hearing set by the Court, together with any continuances thereof, as of record appears, on the petitioner's application for admission to probate of an instrument in writing purporting to be the last will and testament of said decedent dated February 03, 1998, and for the appointment of the proposed fiduciary, and the issuance of letters testamentary, all as in said application more fully appears.

PRESENT: Hon. Hon. Daniel F. Caruso, Judge

After due hearing, THE COURT FINDS that:

The above-named decedent died on the 19th day of April, 2005, domiciled at the time of death at 83 Southport Woods Drive, Southport, CT 06890 and having estate whereof administration appertains to this Court, and administration of said estate ought to be granted.

All persons known to be interested in said proceedings have signed and filed in court a written waiver of notice of hearing on said application.

The fiduciary named above has accepted the position of trust designated above, and

The fiduciary is excused by the will from giving probate bond or is a bank or trust company duly qualified according to law.

And it is ORDERED AND DECREED that:

Said will (*and codicils, if any*) is duly proved, and the same is approved and admitted to probate as the LAST WILL AND TESTAMENT of said deceased, and the fiduciary named above is approved, and letters testamentary are hereby issued to said fiduciary.

And it is further ORDERED AND DECREED that:

Two months from the date hereof, be and the same is allowed said fiduciary within which to make a true and complete inventory of all property of the estate of said deceased.

Twelve months from the date hereof, be and the same is allowed said fiduciary within which to settle said estate.

All claims against the above estate be presented pursuant to the provisions of C.G.S. Ch. 802b, Part VII.

*Notice of this decree be given by the judge, clerk, or assistant clerk by regular mail, not more than TEN days from the date hereof.*

Dated at Fairfield, Connecticut, this 17th day of May, 2005.

*[signature]*
Hon. Daniel F. Caruso, Judge

copy to Atty. John R. Musicaro, Jr., 5/18/05

As used in this decree, the word fiduciary includes the plural, where the context so requires.

DECREE GRANTING ADMINISTRATION OR PROBATE OF WILL
PC-260