UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN K. DWIGHT, et al.,<br>           Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, TRUSTEE<br>OF THE RUSSELL S. DWIGHT, JR.,<br>TRUST, et al.,<br>           Defendants, | )<br>)<br>)<br>)  Civil Action No.: 3:03-cv-0117 (JCH)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto, by and through their respective counsel, stipulate and agree that the following entry may be made as to all claims:

### DISMISSED WITH PREJUDICE

It is further stipulated and agreed that each party is to bear its own costs.

Dated:     Burlington, Vermont
              June 1, 2005

_____
Robert B. Hemley, Esq.
Gravel and Shea
76 St. Paul Street, 7th Floor
P. O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
For Plaintiff

Dated: ~~Burlington, Vermont~~ Westport, CT
June 3, 2005

_____
Mark Kovack, Esq.
Wake, See, Dimes & Bryniczka
27 Imperial Avenue
P.O. Box 777
Westport, CT 06881-0777
For Defendant JP Morgan Chase Bank, Trustee

Dated: ~~Burlington, Vermont~~ Stamford, CT
June 6, 2005

_____
Robert P. Dolian, Esq
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
For Defendant Estate of Patricia Dwight

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE was served via first-class U.S. Mail, postage prepaid, on this 6th day of June, 2005 on the following:

Mark J. Kovack, Esq.
Wake, See, Dimes & Bryniczka
27 Imperial Avenue
P.O. Box 777
Westport, CT  06881-0777

Robert B. Hemley, Esq.
Gravel and Shea
76 St. Paul Street
Burlington, VT  05402-0369

*[signature]*
Robert P. Dolian

2124331_1.doc 6/6/2005